IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY LYNN BONNER, individually, )<br>)<br>Plaintiff/Counterdefendant, )<br>)<br>vs. )<br>)<br>JO DEE ALDERSON, individually, )<br>)<br>Defendant/Counterclaimant. )<br>_____ )<br>JO DEE ALDERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNION PACIFIC RAILROAD )<br>COMPANY, et al., )<br>)<br>Defendants. )<br>_____ )<br>UNION PACIFIC RAILROAD )<br>COMPANY, et al., )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>GARY L. BONNER, )<br>)<br>Third-Party Defendant. )<br>_____) | Case No. CV02-248-S-LMB (Lead)<br>Case No. CV03-408-S-LMB<br><br>**JUDGMENT** |

In accordance with the Findings of Fact, Conclusions of Law, Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety.



DATED: **September 22, 2005**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge