IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GARY LYNN BONNER, individually, | ) ) | |
| Plaintiff, | ) ) | Case No. CV02-248-S-LMB |
| vs. | ) ) | Case No. CV03-408-S-LMB |
| | ) | **SECOND AMENDED** |
| JO DEE ALDERSON, individually, | ) ) | **JUDGMENT** |
| Defendant. | ) ) | |
| _____ | ) | |
| JOE DEE ALDERSON, individually, | ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| GARY LYNN BONNER, individually, | ) ) | |
| Counterdefendant. | ) ) | |
| _____ | ) | |
| JO DEE ALDERSON, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| UNION PACIFIC RAILROAD COMPANY, et al., | ) ) ) | |
| Third-Party Plaintiff, | ) | |
| vs. | ) ) | |

SECOND AMENDED JUDGMENT 1            1

GARY L. BONNER, )
                                                     )
        Third-Party Defendant. )
_____ )

In accordance with the Findings of Fact, Conclusions of Law, Memorandum Decision and Order entered on September 22, 2005, as modified by the Order on Bonner's Motion for Reconsideration entered on August 29, 2006,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered against Gary Bonner and in favor of Union Pacific Railroad Company in the total amount of $4,000.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to 28 U.S.C. § 1961, this Judgment shall bear interest at the rate allowed by law on any unpaid portion of this Judgment, commencing on the date of this Judgment and continuing until the entire Judgment is paid in full. Interest is due to Union Pacific Railroad Company between the date of the First Amended Judgment and the Second Amended Judgment only on the sum of $4,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all remaining claims are dismissed on the merits with prejudice.



DATED: **April 30, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge

SECOND AMENDED JUDGMENT 2          2